IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Moore, Lukhanya L | Case Number: 06 B 13925 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 10/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: March 12, 2009
Confirmed:  December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,566.97 | |
| Secured: | | 15,887.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,542.33 |
| Trustee Fee: | | 1,137.10 |
| Other Funds: | | 0.00 |
| Totals: | 19,566.97 | 19,566.97 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 2,542.33 |
| 2. | Honda Finance Services | Secured | 28,565.83 | 15,887.54 |
| 3. | Illinois Dept of Revenue | Priority | 483.79 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 144.00 | 0.00 |
| 5. | Capital One | Unsecured | 184.16 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 55.16 | 0.00 |
| 7. | Honda Finance Services | Unsecured | 282.87 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 283.69 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 257.49 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 1,091.31 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 20.86 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 74.54 | 0.00 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 15. | Four Eye's | Unsecured | | No Claim Filed |
| 16. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 17. | IMBS | Unsecured | | No Claim Filed |
| 18. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 19. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 20. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | $ 34,250.03 | $ 18,429.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Lukhanya L | Case Number: 06 B 13925 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 10/27/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 123.17 |
| 5.4% | 467.67 |
| 6.5% | 271.05 |
| 6.6% | 275.21 |
| | $ 1,137.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

